William P. Heller of Akerman, LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. Harrod v. Union Finance Co.,* 420 So.2d 108 (Fla. 3d DCA 1982).

WARNER, MAY, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

FAMILY HOMES OF AMERICA LLC, Appellant,

v.

The BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., As Trustee for the Holders of Sami II Trust 2006–AR7, Mortgage Pass–Through Certificates, Series 2006–AR7; Teresa Smith Fernandez; Any and All Unknown Parties Claiming by, Through, Under and Against the Herein Named Individual Defendant(s) Who are not known to be Dead or Alive, Whether Said Unknown Parties May Claim an Interest as Spouses, Heirs, Devisees, Grantees, or other Claimants; Ford Motor Credit Company; Capital One Bank (USA), NA; State of Florida; Isles at Weston Homeowners' Association, Inc; Excaliber I LLC; Unknown Tenant # 1 in Possession of the Property; and Unknown Tenant # 2 in Possession of the Property, Appellees.

No. 4D15–3363.

District Court of Appeal of Florida, Fourth District.

Aug. 3, 2016.

Juliana Gaita, Joshua M. Liszt, and Victoria A. Gonzalez of Gaita & Liszt, P.L., Boca Raton, for appellant.

Nancy M. Wallace and Michael J. Larson of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee Bank of New York Mellon.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So.2d 1150, 1152 (Fla.1979).

CIKLIN, C.J., LEVINE and FORST, JJ., concur.

Debra ALBERT, Appellant,

v.

RESERVE REALTY & INVESTMENT COMPANY, LLC, a Florida Limited Liability Company, Appellee.

No. 4D15–3665.

District Court of Appeal of Florida, Fourth District.

Aug. 3, 2016.